# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 43 WAL 2016

          Respondent   :

                        :   Petition for Allowance of Appeal from
                        :   the Order of the Superior Court

          v.               :

CORNELL POINTER,   :

          Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.  The Petition to Remand is **DENIED**.